# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

# HUNTINGTON DIVISION

TERRENCE ANTOINE McARTHUR

    Movant,

v.                                                 Case No. 3:16-12059
                                                               Criminal Case No. 3:11-00055

UNITED STATES OF AMERICA

    Respondent.

# MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, (ECF No. 120), be denied; Respondent's Motion to Dismiss, (ECF No. 134), be granted; and this action be dismissed, with prejudice, and removed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** the that Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, (ECF No. 120), be **DENIED**; Respondent's Motion to Dismiss, (ECF No. 134), be **GRANTED**; and this action be **DISMISSED**, **with prejudice**, and **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: September 25, 2018

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE